FILED
JAN 18 2023

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:23 cr 21 WFJ-UAM
18 U.S.C. § 2113(a)

TIMOTHY PAUL LONGWORTH
JOHN KENNEDY BRAUN

# INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about August 8, 2022, in the Middle District of Florida, and elsewhere, the defendants,

TIMOTHY PAUL LONGWORTH and
JOHN KENNEDY BRAUN

while aiding and abetting each other did, by means of intimidation, knowingly take from the person or presence of bank employees, certain property and money, that is, United States currency in the approximate amount of $4,172, belonging to and in the care, custody, control, management, and possession of TD Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

In violation of 18 U.S.C. §§ 2113(a) and 2.

## FORFEITURE

1. The allegations contained in Count One is incorporated by reference for the purpose of alleging forfeiture, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c).

2. Upon conviction of a violation of 18 U.S.C. § 2113, the defendants, TIMOTHY PAUL LONGWORTH and JOHN KENNEDY BRAUN, shall forfeit to the United States of America, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

[redacted]

Foreperson

ROGER B. HANDBERG
United States Attorney

By: ______________________
David P. Sullivan
Assistant United States Attorney

By: ______________________
James C. Preston, Jr.
Assistant United States Attorney
Chief of Violent Crimes and Narcotics

FORM OBD-34
No.

**UNITED STATES DISTRICT COURT**
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

TIMOTHY PAUL LONGWORTH, ET AL.

**INDICTMENT**

Violations: 18 U.S.C. § 2113(a)

A true bill,

[redacted]

Foreperson

Filed in open court this 18th day of January, 2023.

____________________________
Clerk

Bail $______________________